# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: )
) NO. 09-16002-KAO
ROBERT J. MCINTOSH and )
YOSHIE K. MCINTOSH, ) ADVERSARY NO. 09-01418-KAO
          Debtors. )
_____ )
ROBERT J. MCINTOSH and ) **U.S. BANK, N.A.'S ANSWER TO THE**
YOSHIE K. MCINTOSH, ) **COMPLAINT TO STRIP OFF JUNIOR LIEN**
) **OF U.S. BANCORP aka U.S. BANK, N.A.**
          Plaintiffs, )
v. )
)
U.S. BANCORP aka U.S. BANK, N.A., )
)
         Defendant. )
_____ )

    U. S. Bancorp, aka U.S. Bank, N.A. (hereinafter "U.S. Bank") answers the complaint as follows:

## JURISDICTION AND VENUE

    1.1    Answering paragraph 1.1 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

    1.2    Answering paragraph 1.2 of Plaintiffs' complaint, U.S. Bank admits that the Bankruptcy Court has jurisdiction over these proceedings.

    1.3    Answering paragraph 1.3 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

    1.4    Answering paragraph 1.4 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

U.S. BANK, N.A.'S ANSWER TO THE COMPLAINT… - 1

**BISHOP WHITE & MARSHALL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
206/622-5306 Fax 206/622-0354

## PARTIES

2.1 Answering paragraph 2.1 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

2.2 Answering paragraph 2.2 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

## APPLICABLE LAW

3.1 Answering paragraph 3.1 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

## FACTS

4.1 Answering paragraph 4.1 of Plaintiffs' complaint, U.S. Bank admits the allegations contained therein.

4.2 Answering paragraph 4.2 of Plaintiffs' complaint, U.S. Bank is without sufficient information to form a belief as to the truth of the majority of the matters asserted and therefore denies the allegations contained in paragraph 4.2 of the complaint.

4.3 Answering paragraph 4.3 of Plaintiffs' complaint, U.S. Bank is without sufficient information to form a belief as to the truth of the majority of the matters asserted and therefore denies the allegations contained in paragraph 4.3 of the complaint.

4.4 Answering paragraph 4.4 of Plaintiffs' complaint, U.S. Bank admits that the Debtors' amended bankruptcy Schedules filed on June 16, 2009, list the fair market value of the Residence to be $240,000.

**COUNT 1: VALIDITY OF DEFENDANTS' LIENS UNDER THE BANKRUPTCY CODE**

5.1 Answering paragraph 5.1 of Plaintiffs' complaint, U.S. Bank reasserts its answers in paragraphs 1.1 through 4.4 by reference.

5.2 Answering paragraph 5.2 of Plaintiffs' complaint, U.S. Bank denies the allegations contained therein. U.S. Bank submits the property has a value of at least $285,000 as indicated by a true

U.S. BANK, N.A.'S ANSWER TO THE COMPLAINT… - 2    **BISHOP WHITE & MARSHALL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
206/622-5306  Fax 206/622-0354

Case 09-01418-KAO    Doc 8    Filed 11/09/09    Ent. 11/09/09 13:20:37    Pg. 2 of 4

and correct copy of a Broker's Price Opinion obtained by U.S. Bank and attached hereto as **Exhibit A** and incorporated herein by this reference.

5.3 Answering paragraph 5.3 of Plaintiffs' complaint, U.S. Bank denies the allegations contained therein.

5.4 Answering paragraph 5.4 of Plaintiffs' complaint, U.S. Bank denies the allegations contained therein.

5.5 Answering paragraph 5.5 of Plaintiffs' complaint, U.S. Bank denies the allegations contained therein.

5.6 Answering paragraph 5.6 of Plaintiffs' complaint, U.S. Bank denies the allegations contained therein.

**AFFIRMATIVE DEFENSES**

By way of further answer and response to the Plaintiffs' Amended Complaint, U.S. Bank sets forth the following Affirmative Defenses.

1. Plaintiff has failed to state a claim against U.S. Bank upon which relief can be granted.

2. Plaintiffs' claims are barred by application of the doctrines of waiver, laches and/or estoppel.

3. Some or all of Plaintiffs' alleged damages are not available under causes of action pled in Plaintiffs' complaint.

4. Granting Plaintiff's demand in the Complaint would result in unjust enrichment.

5. Some or all of the Plaintiffs' state law allegations and claims are preempted by directly applicable federal bodies of law.

6. U.S. Bank expressly reserves the right to add additional affirmative defenses as they determine to be appropriate at any time in the future.

/./././

/./././

U.S. BANK, N.A.'S ANSWER TO THE COMPLAINT… - 3    **BISHOP WHITE & MARSHALL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
206/622-5306  Fax 206/622-0354

Wherefore, U.S. Bank, N.A. prays for the following relief:

1. Entry of a judgment denying all of the relief requested by the Plaintiffs;

2. Award to U.S. Bank, N.A. of its costs and fees incurred herein; and

3. For such other relief as the Court deems just and equitable.

Dated this 9 day of November 2009.

By: /s/ Daniel L. Hembree
Daniel L. Hembree WSBA #37109
of Bishop White & Marshall
Attorneys for U.S. Bank, N.A.

U.S. BANK, N.A.'S ANSWER TO THE COMPLAINT… - 4 **BISHOP WHITE & MARSHALL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
206/622-5306 Fax 206/622-0354

Case 09-01418-KAO   Doc 8   Filed 11/09/09   Ent. 11/09/09 13:20:37   Pg. 4 of 4