UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

ROBERT J. MCINTOSH AND YOSHIE K. MCINTOSH,

                Debtor(s).

_____

ROBERT J. MCINTOSH AND YOSHIE K. MCINTOSH,

                Plaintiff,

v.

U.S. BANCORP aka U.S. BANK, N.A.,

                Defendant.

Case No. 09-16002-KAO

Adversary No. 09-01418-KAO

AGREED STIPULATION FOR VOLUNTARY DISMISSAL

Clerk's Action Required

COMES NOW the above named parties, Plaintiff Robert McIntosh and Yoshie McIntosh, by and through their attorney, Christina Latta Henry and Defendant, U.S. Bank, N.A. by and through its attorney Daniel L. Hembree, and PROMISE, AGREE and STIPULATE as follows:

AGREED STIPULATION FOR VOLUNTARY
DISMISSAL - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

1.     All parties above-named agree and stipulate to a Voluntary Dismissal of the above-entitled action.

Therefore, the parties request that the Court forthwith enter an order allowing for the Voluntary Dismissal of the above-entitled action with prejudice and without costs or attorneys fees awarded to either party.

AGREED TO THIS 10th day of November, 2009

SEATTLE DEBT LAW, LLC

By:   */s/ Christina Latta Henry*
    Christina Latta Henry, WSBA 31273
    Attorney for the Plaintiffs

AGREED TO THIS 10th day of October, 2009

U.S. Bank, N.A.

By: _____
    Daniel L. Hembree, WSBA 37109
    Attorney for Defendant

AGREED STIPULATION FOR VOLUNTARY DISMISSAL - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-01418-KAO    Doc 9    Filed 11/17/09    Ent. 11/17/09 14:51:16    Pg. 2 of 2